JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE RIOS<br><br>            Plaintiff(s),<br><br>    v.<br><br>CITY OF ANAHEIM POLICE DEPARTMENT<br><br>            Defendant(s). | CASE NO. SA CV08-0971-DOC(JCx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    The parties having stipulated to, IT IS HEREBY ORDERED that the above-entitled action be and is hereby dismissed in its entirety with prejudice, pursuant to FRCP 41(a)(1).

IT IS SO ORDERED.

DATED: March 1, 2010

                                  _____<br>
                                  DAVID O. CARTER<br>
                                United States District Judge